**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GONZALEZ, an individual, | Case No: 2:24-cv-04101-SVW-AS |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| vs. | Magistrate Judge: Hon. Alka Sagar |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed without prejudice. The Court retains jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated:  April 1, 2025

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE