**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALEZ, an individual, | Case No.: 2:24-cv-04101-SVW-AS |
| Plaintiff, | |
| vs. | *Judge Stephen V. Wilson*<br>*Magistrate Judge Alka Sagar* |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | **[PROPOSED]** **ORDER OF DISMISSAL** |
| Defendants, | |

1    Based on the stipulation of the parties, and good cause appearing therefore,

2  the stipulation is granted. The entire action, including all claims and counterclaims

3  stated herein against all parties, is hereby ORDERED dismissed with prejudice.

4

5    **IT IS SO ORDERED.**

6

7

8  DATE: June 30, 2025            By:_____

9                                Hon. Assigned Judge
                                  Stephen V. Wilson
10                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28